IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 06 12 S |
| v. | : | In Violation Of 18 U.S.C. § 922(g)(1) |
| JOHN POLANCO | : | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about September 29, 2005, in the District of Rhode Island, the defendant, John Polanco, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Glock model 27 .40 caliber semi-automatic pistol, serial number EWR255US, in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

G

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

GERARD B. SULLIVAN
Chief, Criminal Division

Dated: 2/1/06