CR 06 12 S
PER 18 U.S.C. 3170

**DEFENDANT INFORMAT N RELATIVE TO A CRIM ACTION - U.S. DISTRICT COURT**

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
U.S. District Court
Providence, Rhode Island

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): PETER F. NERONHA

**DEFENDANT – U.S. vs.**

JOHN POLANCO

Address

Birth Date

ien
able)

Social Sec

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco and Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Rhode Island

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**IS NOT**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☒ Awaiting trial on other charges
} ☐ Fed'l ☒ State

If answer to (6) is "Yes", show name of institution
ACI

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS**

Felon in Possession of a Firearm

Title 18, United States Code, Section 922(g)(1)

Penalties:
10 years imprisonment;
$ 250,000 fine;
3 years supervised release;
$ 100 special assessment.

Anticipated Trial Days: 3 days