1118505

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
FEB 01 2006
US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOHN POLANCO

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-12S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOHN POLANCO
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

*FELON IN POSSESSION*

in violation of Title 18 United States Code, Section(s) 922(g)(1)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

February 1, 2006, Providence, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 02/01/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 02/15/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.