RECEIVED
FEB 10 2006
US MARSHALS
RHODE ISLAND

# UNITED STATES DISTRICT COURT
*for the*
*District of Rhode Island*

***Case No. CR 06-12S***

*To: ACI*
*CRANSTON, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **JOHN POLANCO**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the 15th day of **February, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: February 10, 2006.

David A. DiMarzio, Clerk

***By*** ___________________
***Martha Saucier - Deputy Clerk***

Arraignment