AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: CR No 06-125

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

John Polanco

3-1-06

Date

Terry McE

Signature

Terry McEnaney

Print Name

454 Broadway

Address

Providence RI 02909

City State Zip Code

(401) 751-3900

Phone Number

FILED IN OPEN COURT
3/1/06
9:34 A.M.