**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CR-06-12S** |
| **JOHN POLANCO** | : | |

**GOVERNMENT'S MOTION TO GRANT DEFENDANT A THREE LEVEL DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, hereby moves the Court to grant the defendant a three level decrease in offense level for acceptance of responsibility, provided the Court determines the defendant's offense level to be level 16 or greater.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

PETER F. NERONHA
Assistant U.S. Attorney

Dated: March 1, 2006

## Certificate of Service

I hereby certify that on the 1st day of March, 2006, a copy of the within "Government's Motion To Grant Defendant A Three Level Decrease In Offense Level For Acceptance Of Responsibility" was sent by first class mail to Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909.

Joan A. Marl