# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

*Case No. Cr. 06-12S*

*To:* *Warden*
*ACI*
*Cranston, Rhode Island*

YOU ARE HEREBY COMMANDED, **to have the body of JOHN POLANCO, by you restrained of his liberty, as it is said, by whatsoever means detained, together with the day and cause of his being detained, before the Honorable William E. Smith, Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at 2:00 p.m., on the 22nd day of May, 2006, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf and have you there and then this writ.**

RECEIVED
MAY 15 2006
US MARSHALS
RHODE ISLAND

**WITNESS the Honorable William E. Smith**

**United States Judge at Providence, RI**
**Dated: May 12, 2006.**

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

**David A. DiMarzio, Clerk**

**Sentencing**

**By** ______________________
**Alba-Sue Mercurio, Deputy Clerk**